IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 DEC -6 PM 4: 13

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

VS.  NO. 04-20203-Ma

CALVIN SMITH,

    Defendant.

---

ORDER ALLOWING DEFENDANT TO WITHDRAW GUILTY PLEA

---

    Before the court is defendant's November 21, 2005, motion to withdraw his guilty plea. The government's response in opposition was filed on November 22, 2005. Having considered the motion and response, the court finds that the motion is well taken and should be GRANTED. Defendant is allowed to withdraw his previously entered guilty plea and the matter is set for trial on January 3, 2006, at 9:30 a.m., with a report date on December 23, 2005, at 2:00 p.m. The court finds further that time should be excluded from the date of entry of this order through January 13, 2006, under 18 U.S.C. § 3161(h)(8)(B)(iv) to allow defense counsel additional time to prepare.

    **IT IS SO ORDERED** this the 6th day of December, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on   12-12-05

52

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:04-CR-20203 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

Kevin G. Ritz
U.S. ATTORNEY'S OFFICE- Memphis
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jacob E. Erwin
WAGERMAN LAW FIRM
200 Jefferson Avenue
Ste. 1313
Memphis, TN 38103

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT